IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **EDWARD T. RILEY,** | : | |
| | : | |
|    **Plaintiff,** | : | |
| | : | |
|    v. | : | C.A. No. 04-181-SLR |
| **HILTON HOTELS CORPORATION,** a | : | |
| Delaware corporation; **DSP REAL** | : | |
| **ESTATE PROPERTIES, LLC,** trading as | : | |
| the Hampton Inn Seaford, Delaware; | : | |
| **SRS MANAGEMENT CORPORATION,** a | : | |
| Delaware corporation; and **SAL** | : | |
| **PATEL,** | : | |
| | : | |
|    **Defendants.** | : | |

**NOTICE OF SERVICE OF
PLAINTIFF'S AMENDED FIRST SET OF SELF-EXECUTING DISCLOSURES
PRELIMINARY STATEMENT**

    I, Thomas S. Neuberger, being a member of the Bar of this Court, do hereby certify that on April 29, 2005, I caused two (2) copies of **PLAINTIFF'S AMENDED FIRST SET OF SELF-EXECUTING DISCLOSURES PRELIMINARY STATEMENT** to be sent first class mail, postage prepaid to the following:

> Roger D. Landon, Esq.
> Murphy Spadaro & Landon
> 1011 Centre Road, Suite 210
> Wilmington, DE 19805

> **THE NEUBERGER FIRM, P.A.**
>
>  /s/ Thomas S. Neuberger
> **THOMAS S. NEUBERGER, ESQUIRE**
> Two East Seventh Street, Suite 302
> Wilmington, Delaware 19801
> Bar No. 243
> (302) 655-0582

DATED: April 29, 2005                  Attorney for Plaintiff