

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EDWARD T. RILEY, :
:
   Plaintiff, :
:
v. : C.A. No. 04-181-SLR
HILTON HOTELS CORPORATION, a :
Delaware corporation; DSP REAL :
ESTATE PROPERTIES, LLC, trading as:
the Hampton Inn Seaford, Delaware; :
SRS MANAGEMENT CORPORATION, a :
Delaware corporation; and SAL :
PATEL, :
:
   Defendants. :

## STIPULATION OF PARTIAL DISMISSAL AND REVISED TRIAL DATE

It is hereby stipulated and agreed as follows by and between the parties hereto, acting through their duly authorized attorneys:

1. All claims against Hilton Hotels Corporation are dismissed with prejudice, each party to bear their own costs and attorneys' fees.

2. While a ten day jury trial is presently scheduled to begin during the three week period starting February 6, 2006 and concluding February 24, 2006, the parties agree that only five (5) trial days are needed for this case.

3. A five day jury trial in this case shall begin on ~~Monday~~ Thursday, February _16_, 2006.

The Neuberger Firm

_____
Thomas S. Neuberger, Esq. (#243)
Two East Seventh Street, Suite 302
Wilmington, DE 19801
302.655.0582
tsn@neubergerlaw.com
Attorneys for Plaintiff


Murphy Spadaro & Landon

_____
Roger D. Landon, Esq. (#2460)
1011 Centre Road, Suite 210
Wilmington, DE 19805
302.472.8100
rlandon@msllaw.com
Attorneys for Defendants


SO ORDERED, THIS ___3d___
DAY OF MAY, 2005

_____
United States District Court Judge