# Murphy Spadaro & Landon

ATTORNEYS

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100

FAX 302.472.8135

ROGER D. LANDON
DIRECT DIAL: (302) 472-8112

May 10, 2005

The Honorable Susan L. Robinson
District Court for the District of Delaware
844 N. King Street
Lock Box 31
Wilmington, DE 19801

    Re:    ***Edward T. Riley v. Hilton Hotels Corporation, et al.***
           U.S. District Court for the District of Delaware, C.A. No. 04-181 SLR
           **MS&L File No. 02-1124**

Dear Judge Robinson:

    I received a Notice of Electronic Filing indicating that Your Honor entered an Order on 5/3/05 in accordance with the parties' Stipulation dismissing Hilton Hotels Corporation and resetting the date of the jury trial. The Order says the trial will commence on 2/16/2006. The trial was originally scheduled for three weeks beginning Monday, February 6, 2006. February 16 is the Thursday of the second week that was originally set aside for trial. I presume that the electronic filing notice is in error and that it should read that the jury trial is to now commence on 2/6/06 at 9:30 a.m. If I am in error about that, please let me know.

                                       Very truly yours,

                                       Roger D. Landon

RDL/dmw
Cc:    Thomas Neuberger, Esq.

00120257.DOC