IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD T. RILEY, | &#124; |
| | &#124; |
| Plaintiff, | &#124; |
| | &#124; |
| v. | &#124;  C.A. No. 04-181 SLR |
| | &#124; |
| HILTON HOTELS CORPORATION, a Delaware corporation, DSP REAL ESTATE PROPERTIES, LLC, trading as The Hampton Inn Seaford, Delaware; SRS MANAGEMENT CORPORATION, Delaware corporation and SAL PATEL, | &#124; |
| | &#124; |
| Defendants. | &#124; |

**RE-NOTICE OF DEPOSITION**

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Edward T. Riley on Wednesday, August 3, 2005 at 3:00 p.m. in the law offices of Murphy Spadaro & Landon, 1011 Centre Road, Suite 210, Wilmington, Delaware 19805.

MURPHY SPADARO & LANDON

/s/ Roger D. Landon
ROGER D. LANDON
1011 Centre Road, #210
Wilmington, DE  19805
(302) 472-8112
Attorney for Defendants

cc:   Hawkins Reporting

00121386.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD T. RILEY, | \| |
| Plaintiff, | \| |
| v. | \| C.A. No. 04-181 SLR |
| HILTON HOTELS CORPORATION, a Delaware corporation, DSP REAL ESTATE PROPERTIES, LLC, trading as The Hampton Inn Seaford, Delaware; SRS MANAGEMENT CORPORATION, Delaware corporation and SAL PATEL, | \| |
| Defendants. | \| |

**CERTIFICATE OF SERVICE**

I, Roger D. Landon, Esq., do hereby certify that on this 23rd day of June, 2005, two copies of the foregoing **RE-NOTICE OF DEPOSITION** were delivered via hand delivery to the following individual(s):

Thomas S. Neuberger, Esq.
Stephen J. Neuberger, Esq.
The Neuberger Firm
Two E. 7th Street, Suite 302
Wilmington, DE  19801

MURPHY SPADARO & LANDON

/s/ Roger D. Landon
ROGER D. LANDON, I.D. No. 2460
1011 Centre Road, #210
Wilmington, DE  19805
(302) 472-8112
Attorney for Defendants

00121386.DOC