IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

EDWARD T. RILEY,                    )
                                    )
        Plaintiffs,                 )
                                    )
    v.                              ) Civ. No. 04-181-SLR
                                    )
HILTON HOTELS CORPORATION, a        )
Delaware corporation, trading       )
as The Hampton Inn Seaford,         )
DSP REAL ESTATE PROPERTIES,         )
LLC, SRS MANAGEMENT                 )
CORPORATION, a Delaware             )
corporation, and SAL PATEL,         )
                                    )
        Defendants.                 )

**O R D E R**

At Wilmington this 5th day of August, 2005, having

reviewed the motion to withdraw as counsel filed by Thomas S.

Neuberger, Esquire; Stephen J. Neuberger, Esquire; and The

Neuberger Firm, P.A.;

IT IS ORDERED that said motion (D.I. 27) is granted and

the appearances of Thomas S. Neuberger, Esquire, Stephen J.

Neuberger, Esquire, and The Neuberger Firm, P.A. in this action

are withdrawn.

IT IS FURTHER ORDERED that on or before **September 30,**

**2005,** plaintiff shall inform the court whether he is proceeding

with the case, either through counsel or without the benefit of

counsel.  FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE CASE.

_____

United States District Judge