IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD T. RILEY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-181-SLR |
| HILTON HOTELS CORPORATION, a Delaware corporation, et al., | : |
| Defendants. | : |

### ORDER

At Wilmington this **8th** day of **August, 2005**,

Pursuant to Judge Robinson's Order dated August 8, 2005 granting plaintiff's counsel motion to withdraw (D.I. 27),

IT IS ORDERED that the teleconference scheduled for Monday, August 15, 2005 at 9:00 a.m. to discuss the status of the case and the mediation conference scheduled for Friday, September 16, 2005 at 10:00 a.m. are canceled. Defense counsel is to keep the Magistrate Judge advised when and if new counsel has entered an appearance for plaintiff, or after the 30-day period ordered by Judge Robinson has expired, whether plaintiff shall proceed pro se.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

UNITED STATES MAGISTRATE JUDGE