ROGER D. LANDON
DIRECT DIAL: (302) 472-8112

October 4, 2005

The Honorable Susan L. Robinson
District Court for the District of Delaware
844 N. King Street
Lock Box 31
Wilmington, DE 19801

Re: *Edward T. Riley v. Hilton Hotels Corporation, et al.*
U.S. District Court for the District of Delaware, C.A. No. 04-181 SLR
**MS&L File No. 02-1124**

Dear Judge Robinson:

Your Honor granted Mr. Neuberger's motion to withdraw as counsel for the plaintiff by Order dated 8/5/05. The Order also requires the plaintiff to inform the Court on or before 9/30/05 whether he is proceeding with the case and states that if the plaintiff fails to timely respond to the Court regarding his intentions about proceeding with the case, the case shall be dismissed. The deadline has come and gone and I have heard nothing from Mr. Riley. Unless Mr. Riley has communicated *ex parte* with the Court on or before 9/30/05, I request that Your Honor issue an Order dismissing Mr. Riley's case with prejudice. Thank you for Your Honor's consideration.

Respectfully,

*/s/ Roger D. Landon*
Roger D. Landon

RDL/dmw
Cc: Edward T. Riley
    Mr. Sal Patel
    Ms. Donna Webster
        Claim No. 20109386

00124594.DOC