IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD T. RILEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | ) Civ. No. 04-181-SLR |
| | ) |
| DSP REAL ESTATE PROPERTIES, | ) |
| LLC, SRS MANAGEMENT | ) |
| CORPORATION, a Delaware | ) |
| corporation, and SAL PATEL, | ) |
| | ) |
|     Defendants. | ) |

**O R D E R**

    At Wilmington this 17th day of October, 2005, plaintiff having failed to inform the court of his intention to pursue this case consistent with the court order dated August 5, 2005;

    IT IS ORDERED that the above-captioned action shall be dismissed for failure to prosecute, pursuant to D.Del. LR 41.1.

                                            */s/ Sue L. Robinson*
                                      United States District Judge