IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD T. RILEY, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 04-181-SLR |
| DSP REAL ESTATE PROPERTIES, LLC, SRS MANAGEMENT CORPORATION, a Delaware corporation, and SAL PATEL, | ) |
| Defendants. | ) |

## O R D E R

At Wilmington this 17th day of October, 2005, plaintiff having failed to inform the court of his intention to pursue this case consistent with the court order dated August 5, 2005;

IT IS ORDERED that the above-captioned action shall be dismissed for failure to prosecute, pursuant to D.Del. LR 41.1.

/s/ Sue L. Robinson
United States District Judge

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Mr. Edward T. Riley
c/o Future Recording Studios, Inc.
2405 Ketch Road
Virginia Beach, VA 23451

RETURNED TO SENDER