IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

EDWARD T. RILEY,                          )
                                          )
        Plaintiff,                        )
                                          )
    v.                                    ) Civ. No. 04-181-SLR
                                          )
DSP REAL ESTATE PROPERTIES,               )
LLC, SRS MANAGEMENT                       )
CORPORATION, a Delaware                   )
corporation, and SAL PATEL,               )
                                          )
        Defendants.                       )

**O R D E R**

At Wilmington this 17th day of October, 2005, plaintiff

having failed to inform the court of his intention to pursue

this case consistent with the court order dated August 5, 2005;

IT IS ORDERED that the above-captioned action shall be

dismissed for failure to prosecute, pursuant to D.Del. LR 41.1.

_____
United States District Judge

RECEIVED
NOV - 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 OCT 17 PM 3:41
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Mr. Edward T. Riley
1201 West 5th St., Ste A17
Los Angeles, CA 90017

NOT KNOWN
NO SUCH NUMBER

DATE_____ RT_____ INIT_____

WILMINGTON DE

OCT 17 '05